Appeal No. 8611131 from Judgment dated Oct. 21, 1987; Billy Joe Landrum, Rul *874 ing Judge, Jones County Circuit Court, Second Judicial District.
Gregory L. Gore, Hattiesburg, Thomas L. Casey, Laurel, for appellant.
Norman Gene Hortman Jr., C. Denton Gibbes, Gibbes, Graves, Mullins & Bullock, Laurel, for appellee.
Before DAN M. LEE, P.J., PRATHER and PITTMAN, JJ.
Reversed and Remanded.
ROY NOBLE LEE, C.J., HAWKINS, P.J., and ROBERTSON, SULLIVAN, ANDERSON and BLASS, JJ., concur.